Lentner v Upstate Forestry & Dev., LLC (2024 NY Slip Op 01488)

Lentner v Upstate Forestry & Dev., LLC

2024 NY Slip Op 01488

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., BANNISTER, GREENWOOD, NOWAK, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (829/23) CA 22-01498.

[*1]JOANNE C. LENTNER, PHILIP CARD AND MARILYN CARD, PLAINTIFFS-RESPONDENTS, 
v
UPSTATE FORESTRY AND DEVELOPMENT, LLC, CHARLES NOWACK, DEFENDANTS-APPELLANTS, MCDONOUGH HARDWOODS, LTD., MCDONOUGH LUMBER COMPANY, MCDONOUGH LUMBER CORPORATION, JAMES MCDONOUGH, DANIEL MCDONOUGH, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument denied.